**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. THOMAS AND ST. JOHN**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 3:23-cr-00003 |
| | ) |
| **CHRISTOPHE ALAIN FOISY** | ) |
| | ) |
| **Defendant.** | ) |

### ORDER

**THIS MATTER** comes before the Court on the Report and Recommendation of the United States Magistrate Judge dated April 29, 2024, ECF No. 63, recommending that the Defendant's plea of guilty to Count One of the Indictment, a violation of 21 U.S.C. 841(a)(1) an (b)(1)(D) be accepted, and the defendant be adjudged guilty. After careful consideration and review, and there being no objection, it is hereby

**ORDERED** that the Report and Recommendation, ECF No. 63, is **ADOPTED;** it is further

**ORDERED** that Defendant Christophe Alain Foisy's plea of guilty as to Count One of the Indictment is **ACCEPTED**, and that Christophie Alain Foisy is adjudged **GUILTY** on that count; it is further

**ORDERED** that, pursuant to Fed. R. Crim. P. 32(c)(1)(A), the U.S. Probation Office shall conduct a presentence investigation for the preparation of a presentence report; it is further

**ORDERED** that the U.S. Probation Office shall disclose the preliminary presentence report to the parties no later than **June 28, 2024;** it is further

**ORDERED** that the parties shall submit any objections or corrections to the preliminary presentence report to the U.S. Probation Office no later than **July 17, 2024;** it is further

**ORDERED** that the U.S. Probation Office shall disclose the final presentence report to the parties and the Court no later than **August 7, 2024;** it is further

**ORDERED** that the parties shall file their sentencing memoranda no later than **August 23, 2024;** it is further

*United States v. Foisy*
Case No. 3:23-cr-00003
Order
Page **2** of **2**

   **ORDERED** that a sentencing hearing shall be held on **September 5, 2024, at 9:00 A.M. in STT Courtroom No. 1.**

**Dated:** May 14, 2024     /s/ *Robert A. Molloy*
                  **ROBERT A. MOLLOY**
                  **Chief Judge**